983 So.2d 617 (2008)
Joseph P. TESTA and his wife, Angela Testa, Petitioners,
v.
SOUTHERN ESCROW AND TITLE, LLC, and Commonwealth Land Title Insurance, Respondents.
No. 1D08-1015.
District Court of Appeal of Florida, First District.
April 18, 2008.
Richard W. Reno, Crawfordville, for Petitioners.
Emanuel Galimidi of Lydecker, Lee, Behar, Berga & DeZayas, LLC, Miami; Mark A. Brown of Carlton, Fields, P.A., Tampa, for Respondents.
PER CURIAM.
DISMISSED. Marin v. Batista, 590 So.2d 523 (Fla. 3d DCA 1991).
BROWNING, C.J., LEWIS and HAWKES, JJ., concur.